**STATE of Missouri, Plaintiff–Respondent,**

v.

**Antonio TRAVLUS, Defendant–Appellant.**

**No. 62166.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 31, 1993.

J. Reuben Rigel, St. Louis, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant, Antonio Travlus, appeals from a judgment of conviction, after a jury trial, for burglary in the second degree. He was sentenced as a prior, persistent and class X offender to imprisonment for nine years.

No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b).